**AO 10**
**Rev. 1/2012**

# FINAN

## F

**1. Person Reporting (last name, first, middle initial)**

Davis, Michael J.

**4. Title (Article III judges indicate active or senior status;**
magistrate judges indicate full- or part-time)

U.S. District Judge - Active

**7. Chambers or Office Address**

300 Sourth Fourth Street
Room 15E
Minneapolis, MN 55415

*IMPORTANT NOTE*
*checking the NONE b*

## III. NON-INVESTMENT INCOM

### A. Filer's Non-Investment Income

 NONE *(No reportable non-investme*

<u>DATE</u>

1.

2.

3.

4.

---

## V. GIFTS. *(Includes those to spouse and dependent*

☑ NONE *(No reportable gifts.)*

### SOURCE

1. _____

2. _____

3. _____

4. _____

5.

## VII. INVESTMENTS and TRUST

☑ NONE *(No reportable income, asse*

|  | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | |
| --- | --- | --- |
| 1. | | |
| 2. | | |

## VIII. ADDITIONAL INFORMAT

## IX. CERTIFICATION.

I certify that all information given above (inclu accurate, true, and complete to the best of my know provisions permitting non-disclosure.

I further certify that earned income from outsic compliance with the provisions of 5 U.S.C. app. § 50